UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KRISLEE CARDINAL HALL,<br><br>              Plaintiff,<br><br>   v.<br><br>APOLLO GROUP, INC., et al.,<br><br>              Defendants. | Case No. 5:14-cv-01404<br><br>**ORDER DENYING HALL'S DISCOVERY MOTIONS WITHOUT PREJUDICE**<br><br>**(Re: Docket Nos. 79 and 80)** |

Before the court are two discovery motions from Plaintiff Krislee Cardinal Hall.[1]  On September 2, 2014, Judge Koh issued an order granting Defendants' motion to dismiss, granting leave to Hall to amend the complaint by September 24, 2014, and staying discovery until Hall files a complaint that can at least partially withstand a motion to dismiss.[2]  In light of Judge Koh's order, the court DENIES Hall's motions without prejudice to renewal after the presiding judge has established that a sufficient complaint has been filed to warrant the lifting of the stay.

**IT IS SO ORDERED.**

Dated: September 12, 2014

                                                                             PAUL S. GREWAL<br>
                                                                             United States Magistrate Judge

---

[1] *See* Docket Nos. 79 and 80.

[2] *See* Docket No. 86 at 11.

1

Case No. 5:14-cv-01404-LHK
ORDER DENYING HALL'S DISCOVERY MOTIONS WITHOUT PREJUDICE