UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KRISLEE CARDINAL HALL, | Case No.: 14-CV-01404-LHK |
| Plaintiff, | ORDER DISMISSING THE ACTION WITH PREJUDICE |
| v. | |
| APOLLO GROUP, INC., et al., | |
| Defendants. | |

Plaintiff Krislee Cardinal Hall has failed to file an amended complaint within the 21-day window provided by the Court in its September 2, 2014, order granting Defendants' Motion to Dismiss. ECF No. 86 at 12. As a result, the Court hereby orders this action DISMISSED WITH PREJUDICE. *See Edwards v. Marin Park, Inc.*, 356 F.3d 1058, 1064 (9th Cir. 2004) (holding that when a plaintiff chooses not to file an amended complaint, "the district court should . . . enter[] a final judgment dismissing all claims with prejudice," thus "allow[ing] the case to come to [the Ninth Circuit] on appeal").

The Clerk shall close the case file.

**IT IS SO ORDERED.**

Dated: October 1, 2014

_____
LUCY H. KOH
United States District Judge